UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOHN WILLIAM WALLACE, | Case No. 16-mc-80252-LB |
| | **ORDER** |

Mr. Wallace filed a document that consists of his notes on a San Francisco County Sheriff's Department inventory of his property from November 2016. The document was filed as a miscellaneous action and is incomprehensible. To the extent that Mr. Wallace claims any relief, he did not set forth a "short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(1). Moreover, Mr. Wallace cannot file this document as a miscellaneous matter and must file any complaint as a civil action. The court directs the Clerk of the Court to close the file.

**IT IS SO ORDERED.**

Dated: December 13, 2016

LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLACE,<br><br>        Plaintiff,<br><br>  v.<br><br>,<br><br>        Defendant. | Case No.  3:16-mc-80252-LB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John William Wallace
1233 Olive Drive
Davis, CA 95616

Dated: December 13, 2016

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By:_____
                                            Lashanda Scott, Deputy Clerk to the
                                            Honorable LAUREL BEELER